1  **LAQUER, URBAN, CLIFFORD & HODGE LLP**
   Denise E. Carter, State Bar #249774
2  225 South Lake Avenue, Suite 200
   Pasadena, California 91101-3030
3  Telephone: (626) 449-1882
   Facsimile:  (626) 449-1958       NOTE: CHANGES MADE BY THE COURT
4  carter@luch.com
                                                         JS-6
5  Counsel for Plaintiffs,Trustees of the Southern California Pipe
   Trades Health and Welfare Trust Fund, et al.
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10 | TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,

   CASE NO.:  CV 11-3421-JFW (MANx)

   ASSIGNED TO THE HONORABLE JUDGE JOHN F. WALTER

   **JUDGMENT**

   [Fᴇᴅ. R. Cɪᴠ. P. 56]

              Plaintiffs,

       vs.

   C. L. SKELTON PLUMBING CONTRACTORS, a partnership, CHRISTOPHER LEE SKELTON, an individual, and LAURA LEE SKELTON, an individual,

              Defendants.

JUDGMENT

1      Having fully considered all briefs, arguments, evidence and other matters
2  presented, the Court finds that there is no disputed issue of material fact remaining for
3  trial and concludes that Plaintiffs are entitled to judgment as a matter of law, and for
4  good cause shown,

5      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that: Trustees
6  of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the
7  Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern
8  California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of the
9  Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the
10 Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the
11 Southern California Pipe Trades Christmas Bonus Fund, Trustees of the
12 Apprenticeship and Journeyman Training Trust Fund, Trustees of the Plumbers and
13 Pipefitters National Pension Fund, and Trustees of the International Training Fund
14 shall recover from C. L. Skelton Plumbing Contractors, a partnership, and its
15 individual partners Christopher Lee Skelton and Laura Lee Skelton, jointly and
16 severally, the principal amount of $73,026.37 (consisting of unpaid fringe benefit
17 contributions of $40,423.74, liquidated damages of $8,084.75, late fees of $1,000.00,
18 audit fees of $7,092.75, and prejudgment interest of $16,425.13) plus attorneys' fees
19 and costs to be determined according to the procedures set forth in Local Rules 54-12
20 and 54-3, together with post-judgment interest as provided by law.

23 DATED:  January 3, 2012                _____
24                                         UNITED STATES DISTRICT JUDGE

2
JUDGMENT
495146