1 | **LAQUER, URBAN, CLIFFORD & HODGE LLP**
Denise E. Carter, State Bar #249774
2 | 225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
3 | Telephone: (626) 449-1882
Facsimile:  (626) 449-1958     NOTE: CHANGES MADE BY THE COURT
4 | carter@luch.com
JS-6
5 | Counsel for Plaintiffs,Trustees of the Southern California Pipe
Trades Health and Welfare Trust Fund, et al.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND, <br><br>       Plaintiffs,<br><br>  vs.<br><br>C. L. SKELTON PLUMBING CONTRACTORS, a partnership, CHRISTOPHER LEE SKELTON, an individual, and LAURA LEE SKELTON, an individual,<br><br>       Defendants. | CASE NO.:  CV 11-3421-JFW (MANx)<br><br>ASSIGNED TO THE HONORABLE JUDGE JOHN F. WALTER<br><br>**JUDGMENT**<br><br>[FED. R. CIV. P. 56] |

JUDGMENT

Having fully considered all briefs, arguments, evidence and other matters presented, the Court finds that there is no disputed issue of material fact remaining for trial and concludes that Plaintiffs are entitled to judgment as a matter of law, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that: Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprenticeship and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund shall recover from C. L. Skelton Plumbing Contractors, a partnership, and its individual partners Christopher Lee Skelton and Laura Lee Skelton, jointly and severally, the principal amount of $73,026.37 (consisting of unpaid fringe benefit contributions of $40,423.74, liquidated damages of $8,084.75, late fees of $1,000.00, audit fees of $7,092.75, and prejudgment interest of $16,425.13) plus attorneys' fees and costs to be determined according to the procedures set forth in Local Rules 54-12 and 54-3, together with post-judgment interest as provided by law.

DATED: January 3, 2012

_____
UNITED STATES DISTRICT JUDGE

495146